# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2016

## NO. 03-15-00368-CV

**Laura Pressley, Appellant**

**v.**

**Gregorio "Greg" Casar, Appellee**

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the amended final judgment signed by the trial court on July 23, 2015, which incorporated the terms of its orders granting summary judgment and sanctions. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's amended final judgment. Therefore, the Court affirms the trial court's amended final judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.